UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22004-CIV-COHN

LORENZO BROWN,

    Movant,

vs.

United States of America,

    Respondent.
_____/

### ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant Lorenzo Brown's Notice of Appeal and Request for Certificate of Appealability [DE 9]. The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court denied Brown's Motion to Vacate, Set Aside, or Correct Sentence on January 18, 2007 [DE 8].  After considering the instant motion for certificate of appealability, the Court will deny such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack, 529 U.S. at 484.  The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Request for

Certificate of Appealability [DE 9] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of February, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)
Richard F. Della Fera, Esq.
Anthony W. Lacosta, AUSA